# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 18-CR-43 |
| DEONDRAY OSBORNE : | |
| : | |
| Defendant. : | |

### DECLARATION OF MICKELL BRANHAM

1. I am a mitigation investigator with the Office of the Federal Public Defender for the District of Columbia.

2. I visited Hope Village at 2844 Langston Place, S.E., Washington, D.C., on two occasions. The first was in late June of 2018 and the second was August 27, 2018. On the first visit, I arrived at Hope Village at about 11:00 am. On the second visit, I arrived at Hope Village about 12 noon.

3. On both visits to Hope Village, there were no visible signs of security officers on the property. Both times, I visited multiple buildings on the property. At no time did I observe uniformed officers or guards of any kind. There was no visible security presence at all outside on the building grounds.

4. On both visits, I noticed marked patrol cars from the Metropolitan Police Department throughout the neighborhood. On neither visit were there marked police cars visible at or near Hope Village. The closest police car to Hope Village was several blocks away and not visible from the Hope Village grounds.

5. The buildings at Hope Village have metal doors at the front which are locked and equipped with a button to gain entry. Entry to each building was accomplished by pressing the front door button. The door then clicked open. No inquiry, information or identification was required. On entering the building, there is nothing to prohibit an entrant from going upstairs or downstairs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/27/18.

Mickell Branham