# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 18-3087**  **September Term, 2018**
FILED ON: JULY 26, 2019

UNITED STATES OF AMERICA,
    APPELLEE

v.

JERRY MCILWAIN,
    APPELLANT

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:18-cr-00214-1)

---

Before: GARLAND, *Chief Judge*, TATEL, *Circuit Judge*, and SENTELLE, *Senior Circuit Judge*

## J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the sentence of the District Court appealed from in this cause is hereby vacated and the case is remanded to District Court for resentencing, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/

Ken Meadows
Deputy Clerk

Date: July 26, 2019

Opinion for the court filed by Chief Judge Garland.
Opinion concurring in part and concurring in the judgment filed by Senior Circuit Judge Sentelle.